Dismissed and Memorandum Opinion filed February 12, 2004









Dismissed and Memorandum Opinion filed February 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00930-CV

____________

 

PRESTON JULIAN, Appellant

 

V.

 

M. HUFF, JR., Appellee

 



 

On Appeal from the County Civil
Court at Law No. 4

 Harris County, Texas

Trial Court Cause No. 771,622 

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed May 20, 2003.

On January 26, 2004, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 12, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.